

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2019

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007

*11/25/2019*

*The matter will be adjourned to January 7, 2020 @11:45.*
*Time will be excluded*
*So ordered*
*Paul Crotty USDJ*

Re: <u>United States v. Adrian Nunez, 19 Cr. 138 (PAC)</u>

Dear Judge Crotty:

The Government writes to respectfully request an adjournment of the status conference in the above-captioned case, currently scheduled for November 25, 2019, for thirty days, or any date thereafter that is convenient for the Court. On May 20, 2019, the defendant entered into a deferred prosecution agreement. On November 20, 2019, the term of the deferred prosecution expired. Pretrial Services has advised that the defendant successfully completed the deferred prosecution and complied with the conditions of supervision. Because the defendant successfully completed the deferred prosecution, the supervision laid out in the agreement has ended. The Government has prepared paperwork in anticipating of a *nolle prosequi*, which is currently going through the Government's internal review process. The Government consulted with defense counsel, who does not object to the adjournment.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-25-19

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/Elizabeth A. Espinosa
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216